394 U.S. 319 (1969)
MAYHUE'S SUPER LIQUOR STORES, INC.
v.
MEIKLEJOHN, DIRECTOR, BEVERAGE DEPARTMENT OF FLORIDA, ET AL.
No. 904.
Supreme Court of United States.
Decided March 24, 1969.
APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.
Daniel S. Pearson for appellant.
T. T. Turnbull, Assistant Attorney General of Florida, for appellees.
PER CURIAM.
The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.